No. 1535, Misc. FRANKLIN v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *W. D. Girand, Jr.*, for petitioner. *James A. Maloney*, Attorney General of New Mexico, and *James V. Noble*, Assistant Attorney General, for respondent.

No. 1526, Misc. SCHWEITZER v. KROPP, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 1529, Misc. ANDERSON v. PAGE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 1544, Misc. TASSONE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Albert I. Zemel* for petitioner.

No. 1555, Misc. ANDERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1564, Misc. RHODES v. LUMBERMENS MUTUAL CASUALTY Co. C. A. 10th Cir. Certiorari denied. *John R. Baylor* for respondent.

No. 1571, Misc. PROPP v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1608, Misc. MONTAGUE v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1593, Misc. ADAMS v. BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.